Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>         Plaintiff,<br><br>     vs.<br><br>R. ALLAN DAVIS, et al.,<br><br>         Defendants. | No. 2:13-cv-00779-MCE-CKD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT ROGER RUSS DBA WAFFLE BARN <u>ONLY</u>; ORDER** |

Page 1

IT IS HEREBY STIPULATED by and between Plaintiff, Robert Kalani, and Defendant, Roger Russ dba Waffle Barn, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), **Defendant Roger Russ dba Waffle Barn only** be dismissed with prejudice from the action.  Each party is to bear its own attorneys' fees and costs.

Plaintiff was unable to obtain the signature on this stipulation from defendants, R. Allan Davis and Nancy Emerson Davis, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and therefore requests that the Court enter the dismissal of Roger Russ dba Waffle Barn.  No cross-claim, counter-claim or third-party claim has been filed in this action.

Date: July 23, 2013                              MOORE LAW FIRM, P.C.

                                                 */s/ Tanya E. Moore*
                                                 Tanya E. Moore
                                                 Attorney for Plaintiff, Robert Kalani

Date: July 17, 2013                              THOMAS & ASSOCIATES

                                                 */s/ Michael W. Thomas*
                                                 Michael W. Thomas, Esq.
                                                 Attorney for Defendant,
                                                 Roger Russ dba Waffle Barn

### ORDER

Pursuant to the request of Plaintiff, Robert Kalani, and as stipulated to by Defendant, Roger Russ dba Waffle Barn, and no cross-claim, counter-claim or third-party claim having been filed, **IT IS HEREBY ORDERED** that **Defendant Roger Russ dba Waffle Barn only** be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED**.

**Dated:  July 23, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT