1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No.  2:13-cv-00779-MCE-CKD |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| v. | |
| R. ALLAN DAVIS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants R. Allan Davis and Nancy Emerson-Davis, the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: January 16, 2014          MOORE LAW FIRM, P.C.

                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorneys for Plaintiff
                                Robert Kalani

Date: January 16, 2014          LAW OFFICES OF ROBERT J. BINNS

                                */s/ Robert J. Binns*
                                Robert J. Binns
                                Attorneys for Defendants
                                R. Allan Davis and Nancy Emerson-Davis

## ORDER

The parties having so stipulated, this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: January 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT